R. ISAAK HURST, ESQ. (WSBA #: 43679)
INTERNATIONAL MARITIME GROUP, PLLC
800 FIFTH AVENUE, SUITE 4100, SEATTLE, WA 98104
(OFFICE) 206.992.0710 | (FAX) 206.707.8338
HURST@MARITIME.LAW

*ATTORNEY FOR PLAINTIFF SUNTRUST BANKS*

**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| SUNTRUST BANKS, INC., A GEORGIA CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>SEAKEEPER 70, LLC, A WASHINGTON LIMITED LIABILITY COMPANY, JAMES A. BIANCO A.K.A. JAMES A. BEANCO AND SUE A. MASTEN,<br><br>        Defendant | IN ADMIRALTY<br><br>Case No.:<br><br>**COMPLAINT FOR DAMAGES**<br><br>1.  **BREACH OF CONTRACT**<br>2.  **BREACH OF IMPLIED COVENANT** |

Plaintiff, SunTrust Banks, Inc., ("SunTrust" or "Plaintiff") alleges as follows:

1.      Plaintiff is and was at all times mentioned herein a Georgia banking corporation, chartered and organized under the laws of the State of Georgia, with its principal place of business and nerve center located in Atlanta, Georgia. Plaintiff is therefore a citizen of the State of Georgia.

2.      Upon information and belief, and at all times mentioned herein, Defendant Seakeeper 70, LLC was a Limited Liability Company organized under the laws of the State of Washington, with its principal place of business at 3101 Western Ave., Suite 600, Seattle, WA 98121, UBI #603398376.

COMPLAINT FOR DAMAGES
*Suntrust Banks, Inc. v. Seakeeper 70, LLC, et al.*

Case No:                                              PAGE **1** OF **8**

3.      Upon information and belief, Defendant James A. Bianco was at all times mentioned herein a citizen of the State of Washington and resides in this district.

4.      Upon information and belief, Defendant Sue A. Masten was at all times mentioned herein a citizen of the State of Washington and resides in this district.

5.      This Court has original jurisdiction under 28 USC §1332, in that it is a civil action between citizens of different states in which the matter in controversy exceeds, exclusive of interest and costs, $75,000.00. No Defendants are citizens of the State of Georgia.

6.      This Court also has subject matter jurisdiction over this admiralty action for breach of a First Preferred Ship Mortgage under 28 USC §1333. The claims presented against Defendants are admiralty or maritime claims within the meaning of Fed. R. Civ. P. 9(h).

7.      Venue is proper in the Western District of Washington at Seattle pursuant to 28 USC §1391 because all Defendants reside in this district and because a substantial part of the events or omissions giving rise to the claim occurred in this district.

## NATURE OF ACTION

8.      This is an action based upon breach of a written loan agreement. Defendants entered into a contract with SunTrust for a loan to purchase a yacht. Defendants defaulted on their obligations under the loan agreement and SunTrust was forced to repossess and sell the yacht, which was given as collateral for the loan. The funds received as a result of the commercially reasonable sale of the collateral were insufficient to cover the outstanding balance on the loan. SunTrust therefore seeks to recover the deficiency, as well as fees and costs.

## LOAN ORIGINATION

9.      On May 15, 2014, Defendants executed the SunTrust Marine Installment Note (the "Note") and Disclosure Statement as borrowers, whereby SunTrust agreed to provide funds towards the purchase price of a 2014 Azimut 70 Flybridge yacht (Hull Identification Number:

COMPLAINT FOR DAMAGES
*Suntrust Banks, Inc. v. Seakeeper 70, LLC, et al.*

Case No:

PAGE **2** OF **8**

XAX70165H314), which was 70 feet 11 inches in length and had twin (port and starboard) MAN engines (Engine Serial No. 69034588033452, and Engine Serial No. 69034578123452) (collectively hereinafter "Vessel") (the "Loan"). The Loan was issued to Defendants under the account number ************6189. *See* Exhibit 1 – SunTrust Marine Installment Note.

10.    Under the terms of the Note, SunTrust provided Defendants with a total of $2,696,000.00 to purchase the Vessel by paying off an existing loan of 984,236.32 with PNC Bank, account number ********6032 and paying the yacht dealer, Marinemax East, Inc. the sum of $1,711,763.68. Defendants agreed the funds would be repaid in 240 monthly installments of $17,777.51, commencing on June 13, 2014 and continuing until maturity. *See* Exhibit 1 – SunTrust Marine Installment Note.

11.    In addition, on May 15, 2014, Defendants executed a First Preferred Ship Mortgage, (the "Preferred Ship Mortgage") mortgaging the Vessel to secure the SunTrust Marine Installment Note. *See* Exhibit 2 – First Preferred Ship Mortgage.

## LATE PAYMENTS AND DEFAULT

12.    In late 2016, Defendants began to default on the Note. SunTrust notified Defendants of their payment defaults. Notices of Right to Cure Default were sent to Defendants on or about September 20, 2016 and December 20, 2016. As indicated in the December 20, 2016 notice, Defendants were in arrears by $35,655.02 as of that time and were provided a last day for payment of these arrears of January 5, 2017. The notice informed the Defendants that if they did not pay by that date, SunTrust may exercise its rights to repossess and sell the Vessel and to hold Defendants personally responsible for any difference between the amount the collateral brings in a sale and the balance due on the loan. Nonetheless, Defendants failed to cure the default on the Note.

COMPLAINT FOR DAMAGES
*Suntrust Banks, Inc. v. Seakeeper 70, LLC, et al.*

INTERNATIONAL MARITIME GROUP, PLLC
800 FIFTH AVENUE, SUITE 4100 | SEATTLE, WA 98104
(OFFICE) 206.707.8338 | (FAX) 206.707.8338

Case No:                                    PAGE **3** OF **8**

13.     On January 19, 2017, SunTrust contacted National Liquidators to arrange for a repossession of the Vessel.

14.     Defendants did not remedy their default under the Note and pursuant to its rights under the Note and the Preferred Ship Mortgage, SunTrust caused National Liquidators to repossess the Vessel on January 23, 2017.

15.     On January 23, 2017, SunTrust sent a letter to Defendants informing them of the lawful repossession of the Vessel as a result of their default under the terms of the Note. The letter also informed Defendants that SunTrust planned to sell the Vessel at a private sale on or after February 8, 2017 unless Defendants cured the outstanding default. *See* Exhibit 3 – Notice of Plan to Sell Property.

16.     As stated in the January 23, 2017 notification, Defendants owed a total of $2,531,019.84 under the SunTrust Installment Note as of that date.

## SALE OF THE VESSEL

17.     On January 25, 2017, SunTrust obtained a Survey Report from Florida Nautical Surveyors which estimated the value of the Vessel to be $1,365,500.00. *See* Exhibit 4 – January 25, 2017 Survey Report.

18.     On April 21, 2017, based on the terms of the Note and the Preferred Ship Mortgage, National Liquidators sold the Vessel by private sale under sealed bids. SunTrust accepted the highest offer for $1,360,000.00.

19.     After applying the proceeds and expenses from the repossession and sale of the Vessel to the loan balance, SunTrust sent an Explanation of Calculation of Deficiency to Defendants on May 1, 2017 notifying them that they still owed a deficiency of $1,233,150.70 (the "Deficiency Balance.") as of April 21, 2017. *See* Exhibit 5- Explanation and Calculation of Deficiency.

COMPLAINT FOR DAMAGES
*Suntrust Banks, Inc. v. Seakeeper 70, LLC, et al.*

Case No:

INTERNATIONAL MARITIME GROUP, PLLC
800 FIFTH AVENUE, SUITE 4100 | SEATTLE, WA 98104
(OFFICE) 206.707.8338 | (FAX) 206.707.8338

PAGE **4** OF **8**

## FIRST CLAIM FOR RELIEF: BREACH OF CONTRACT

20.    SunTrust incorporates by reference the allegations set forth above as if they were fully set forth herein.

21.    SunTrust has performed every obligation under the terms of terms of the SunTrust Installment Note and the Preferred Ship Mortgage. All contractual conditions pursuant to SunTrust's right to collect the debt, repossess and sell the collateral, and recover the Deficiency Balance have been met.

22.    As detailed herein, Defendants have failed to make their installment payments under the Note and have failed to cure their default. Defendants have therefore breached the terms of the Note.

23.    SunTrust notified Defendants of their obligation to pay the Deficiency Balance and the Defendants have withheld payment without justification. Defendants have therefore breached the Note.

24.    Due to Defendants' breach of the Note, SunTrust has suffered damages in an amount not less than $1,233,150.70, the amount of the Deficiency Balance owed under the loan documents, plus all accrued interest on the loan at the rate set in the Note of 4.99% per annum, plus other accumulated fees and costs, and attorneys' fees.

## SECOND CLAIM FOR RELIEF:

## BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

25.    SunTrust incorporates by reference the allegations set forth above as if they were fully set forth herein.

26.    SunTrust entered into a contractual relationship with Defendants under the express terms of the SunTrust Marine Installment Note and the Preferred Ship Mortgage.

COMPLAINT FOR DAMAGES
*Suntrust Banks, Inc. v. Seakeeper 70, LLC, et al.*

Case No:                                                    PAGE **5** OF **8**

INTERNATIONAL MARITIME GROUP, PLLC
800 FIFTH AVENUE, SUITE 4100 | SEATTLE, WA 98104
(OFFICE) 206.707.8338 | (FAX) 206.707.8338

27.    Defendants' conduct has unfairly prevented SunTrust from receiving the benefits to which they were entitled under the Note.

28.    As a result of the Defendants' actions, SunTrust has incurred significant expenses associated with repossessing the Vessel, selling the Vessel, and bringing this action against the owners of the Vessel.

29.    By reason thereof, there is now due and owing to SunTrust from Defendants, the sum of $1,233,150.70, the amount of the Deficiency Balance owed under the loan documents, plus all accrued interest on the loan at the rate set in the Note of 4.99% per annum, plus other accumulated fees and costs, and attorneys' fees.

## **PRAYER FOR RELIEF**

WHEREFORE SunTrust respectfully requests the following relief:

1.    For judgment against the Defendants jointly and severally under the Note and the Preferred Ship Mortgage for an amount not less than $1,233,150.70, plus late fees and accrued interest at the rate set by the Note of 4.99% per annum from April 21, 2017; and

2.    Judgment against Defendants for all fees and costs, including attorneys' fees, allowed by law or by the terms of the Note and the Preferred Ship Mortgage.

3.    For post-judgment interest on any amounts awarded; and

4.    For judgment against the Defendants for their breach of the implied duty of good faith and fair dealing for amounts to be proven at trial; and

5.    Any such other relief as this Honorable Court deems just and proper.

///

///

///

///

COMPLAINT FOR DAMAGES
*Suntrust Banks, Inc. v. Seakeeper 70, LLC, et al.*

Case No:

INTERNATIONAL MARITIME GROUP, PLLC
800 FIFTH AVENUE, SUITE 4100 | SEATTLE, WA 98104
(OFFICE) 206.707.8338 | (FAX) 206.707.8338

PAGE **6** OF **8**

DATED this 13th day of September, 2019.

INTERNATIONAL MARITIME GROUP, PLLC

By:      /s/ R. Isaak Hurst

R. Isaak Hurst, WSBA Bar No. 43679
800 Fifth Avenue; Suite 4100 | Seattle, WA 98104
Phone: (206) 707-8338 | Fax: (206) 707-8338
Hurst@Maritime.Law

*Attorney for Plaintiff SunTrust Banks*

COMPLAINT FOR DAMAGES
*Suntrust Banks, Inc. v. Seakeeper 70, LLC, et al.*

Case No:

International Maritime Group, PLLC
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
(OFFICE) 206.707.8338 | (FAX) 206.707.8338

PAGE 7 OF 8

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019, the undersigned caused an electronic copy of the foregoing document to be filed through the Court's CM/ECF system.

DATED this 13th day of September, 2019.

INTERNATIONAL MARITIME GROUP, PLLC

By:    /s/ R. Isaak Hurst

R. ISAAK HURST, WSBA BAR NO. 43679
800 FIFTH AVENUE; SUITE 4100 | SEATTLE, WA 98104
PHONE: (206) 707-8338 | FAX: (206) 707-8338
HURST@MARITIME.LAW

*Attorney for Plaintiff SunTrust Banks*

COMPLAINT FOR DAMAGES
*Suntrust Banks, Inc. v. Seakeeper 70, LLC, et al.*

Case No:

INTERNATIONAL MARITIME GROUP, PLLC
800 FIFTH AVENUE, SUITE 4100 | SEATTLE, WA 98104
(OFFICE) 206.707.8338 | (FAX) 206.707.8338

PAGE **8** OF **8**