UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUNTRUST BANKS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SEAKEEPER 70, LLC; JAMES A.<br>BIANCO; and SUE A. MASTEN,<br><br>　　　　　　Defendants. | C19-1481 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　Plaintiff's motion for leave to serve by mail and for an extension of time to effect service, docket no. 9, is GRANTED in part and DENIED in part, as follows:

　　(a)　The deadline for plaintiff to effect service is EXTENDED until March 31, 2020; and

　　(b)　Plaintiff's motion is otherwise DENIED. Plaintiff has recited facts indicating that serving defendants James A. Bianco and Sue A. Masten proved difficult in the prior, related state court action, but the fact remains that plaintiff was eventually able to effect service. After Bianco and Masten answered the complaint in the King County Superior Court case, plaintiff chose, for unknown reasons, to voluntarily dismiss the state court matter. Having now refiled the lawsuit here, in a different forum, plaintiff must make a stronger showing of its inability to effect personal service before the Court will permit plaintiff to employ an alternative method (and then seek entry of default). Plaintiff has not described any efforts made to serve Bianco or Masten outside their respective secured residential buildings or at their respective places of business. Instead, plaintiff has

MINUTE ORDER - 1

provided information indicating that the address at which it has attempted to serve Masten is no longer valid. *See* Decl. of Non-Service, Ex. 2 to Hurst Decl. (docket no. 9-1).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of January, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2