UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUNTRUST BANKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEAKEEPER 70, LLC, et al. <br><br> Defendants. | C19-1481 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's second motion for leave to serve by mail and for an extension of the time to effect service, docket no. 11, is GRANTED in part and DEFERRED in part, as follows.

    (a) The deadline for plaintiff to effect service is EXTENDED until August 31, 2020.

    (b) Plaintiff's motion is otherwise DEFERRED. Amidst the current COVID-19 crisis, the Court will not authorize a means of service that might put defendants, postal carriers, and/or others at risk. For service by mail to be effective, plaintiff must arrange for at least one copy of the summons and complaint to be delivered to defendants' "usual mailing address" and left with "a person of suitable age and discretion who is a resident, proprietor, or agent thereof." *See* RCW 4.28.080(17).[1] Such efforts are not consistent with the current social distancing and stay-at-home guidelines.

---

[1] Plaintiff has also cited to Washington Court Rule ("CR") 4(d)(4), which permits service by mail in "circumstances justifying service by publication," and requires that two copies of "the

MINUTE ORDER - 1

(c) The noting date for plaintiff's motion is STRICKEN and will be reset when appropriate.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of April, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

---

summons and other process" be mailed, one by "ordinary" first class, postage prepaid, mail and the other by "a form of mail requiring a signed receipt showing when and to whom it was delivered." CR 4(d)(4).

MINUTE ORDER - 2