UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUNTRUST BANKS, INC.,

        Plaintiff,

  v.

SEAKEEPER 70, LLC, et al.,

        Defendants.

C19-1481 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The deferred portion of plaintiff's second motion for leave to serve by mail, docket no. 11, is GRANTED as follows:

    (a) No earlier than fourteen (14) days after King County begins Phase Two of Governor Inslee's Safe Start Washington plan, plaintiff may initiate service by mail on defendants James Bianco and Sue Masten.  For example, if King County enters Phase Two on July 15, 2020, then plaintiff may commence service efforts on July 30, 2020.  Plaintiff shall arrange for at least one copy of the summons and operative pleading, as well as a copy of this Minute Order, to be sent to each defendant via certified mail, with return receipt requested.  *See* Wash. CR 4(d)(4); *see also* RCW 4.28.080(17).

    (b) The deadline for plaintiff to effect service is EXTENDED from August 31, 2020, to October 30, 2020.

    (c) The deadline for defendants to file a responsive pleading or motion shall be sixty (60) days from the date that service is effected, as evidenced by the date shown on the U.S. Postal Service's signed receipt.

MINUTE ORDER - 1

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of June, 2020.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 2